# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAMON SAMERI CHANEY,
        Appellant,
vs.
WARDEN WILLIAM GITTERE,
        Respondent.

No. 85364

FILED

OCT 06 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Erika D. Ballou, Judge.

This court's review of this appeal reveals a jurisdictional defect. No decision, oral or written, had been made on the petition when appellant filed his appeal on September 14, 2022. Rather, on September 14, 2022, the district court entered an order transferring the matter to the Seventh Judicial District Court. Thus, this appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____ Sr.J.
Gibbons

[1]The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment.

22-31532

cc: Hon. Erika D. Ballou, District Judge
Damon Sameri Chaney
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A